IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEBRA JEAN HUICHAN,

        Plaintiff,

v.

        Case No. 20-cv-181-wmc

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff Debra Jean Huichan affirming the decision of the Commissioner and dismissing this case.

| s/ V. Olmo, Deputy Clerk | 12/03/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |